UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN WILEY & SONS, INC.,

                Plaintiff,

    -against-

JOHN DOE NOS. 1-30,

                Defendants.

No. 12 Civ. 3782 (LTS) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 9 2013

**ORDER**

    WHEREAS, plaintiff has voluntarily dismissed all claims against all named defendants on December 5, 2012.

    Accordingly, it is hereby ORDERED that this action is dismissed without prejudice and without costs as to all John Doe parties, and it is further.

    ORDERED that the Clerk of the Court is requested to close this case.

Dated: New York, New York
       June 18, 2013

                                        LAURA TAYLOR SWAIN
                                        United States District Judge